UNITED STATES DISTRICT COURT

MARK S. POIRIER

v.

FRANK CONERINI

CA 06 523 ML

# Complaint

ILLEGAL INCARCERATION

At an arraignment in fourth division District Court (41-06-3530), I refused to sign the waiver form waiving my right to a jury trial in the first instance. The judge had already set bail and gone on to the next case, and I was at the clerk's office. Someone from the clerk's office went into the courtroom and told the judge. The judge ordered the sheriff to bring me back before him. He confronted me about not signing the waiver of my rights. I told him I did not wish to waive my rights at this time. He then stated that my bail was converted to a held without bail situation ( from personal recognizance ), and ordered the sheriff to put me down in the holding cell. I was taken to the holding area, patted down , had my belongings taken, and was put in a big cell with about five or six people in it. I waited in the cell for about five or ten minutes, and then I was taken back up to the courtroom and before the judge. The judge then said I was free to go. I never signed the waiver. I left the courthouse.

Being locked up for any amount of time without legal cause upset me very much, and I have found it extremely difficult to plan my defense in the case, since I have this kind of panic that I feel, like I will not get a fair trial, and that the judge is out to get me, and that no matter what I say, I will be shouted at, ridiculed, abused and finally found guilty of a crime that I did not commit, all because I refused to waive my constitutionally guaranteed rights. The fact is that this intimidation has had a serious effect on my day to day life, I am trembling and my heart is beating rapidly just writing this, and I have had nightmares about the situation, among numerous other negative effects.

I demand that a jury decide this matter.

Mark S. Poirier
115 Moore st.
Providence, R.I. 02907
(401) 219-0214

11/30/06

MARK S. POIRIER
115 MOORE ST.
PROVIDENCE, R.I. 02907
(401) 219-0214