UNITED STATES DISTRICT COURT

MARK S. POIRIER

V

FRANK CENERINI

CA 06 523 ML

# Motion to proceed In Forma Pauperis

I, Mark S. Poirier, Hereby ask this court to allow me to proceed with this action In Forma Pauperis because I don't have enough money for the filing and other costs.

Mark S. Poirier

11/30/06

MARK S. POIRIER
115 MOORE ST.
PROVIDENCE, R.I. 02907
(401) 219-0214