UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK S. POIRIER

v. C.A. 06-523ML

FRANK CENERINI

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated December 8, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The plaintiff's Motion to Proceed In Forma Pauperis is DENIED and the Complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e) (2).

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
December 28, 2006

Entered as an Order of this Court on December 28 2006

Barbara Barletta
Deputy Clerk