# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MARK S. POIRIER**

**VS.** **C.A. NO. 06-523ML**

**FRANK CENERINI**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Frank Cenerini, against the plaintiff, Mark S. Poirier, pursuant to the Order dated December 28, 2005 DENYING plaintiff's Motion to Proceed In Forma Pauperis and DISMISSING the complaint.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: December 28, 2006